UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SONYA POLKE,

                              CASE NO.:

      Plaintiff,

vs.

DOLLAR TREE STORES, INC.,

      Defendant.
_____

## DEFENDANT'S NOTICE OF REMOVAL

      Defendant, DOLLAR TREE STORES, INC., (hereinafter "DOLLAR TREE"), hereby gives notice of Removal of the above captioned action from the Circuit Court of the Fourth Judicial Circuit, in and for Duval County, Florida, in which this action is now pending, to the United States District Court, Middle District of Florida, Jacksonville Division, and respectfully represents as follows:

      1.    On or about January 25, 2022, a Complaint was served on the Defendant, Dollar Tree. The civil action entitled *SONYA POLKE, v. DOLLAR TREE STORES, INC.*, was commenced in the Circuit Court, Fourth Judicial Circuit, in and for Duval County, Florida, and assigned Case number 16-2022-CA-000328. This action was filed in the Duval County Circuit Court on January 21, 2022. (A copy of the Complaint, as well as all other materials contained within the underlying State

Court file are attached hereto as Exhibit "A"). This matter subsequently became removable on May 31, 2022, when Plaintiff served a proposal for settlement that exceeded the amount in controversy requirement for removal.

2. This action is properly removable pursuant to 28 U.S.C. §1441 and this Notice of Removal is filed within the thirty (30) day statutory period for removal under 28 U.S.C. §1446(b).

3. There is complete diversity of citizenship between the parties to this cause. Plaintiff is a citizen of the State of Florida. Defendant Dollar Tree is a foreign company duly organized as a corporation under the law of the Commonwealth of Virginia and has its principle place of business in Virginia. See Exhibit "B."

4. This is a purported negligence action brought by the Plaintiff against the Defendant. As is expressly referenced in the Complaint, the Plaintiff is seeking damages in excess of $30,000.00. (See Complaint, paragraph 1). Further, Ms. Polke alleges in the Complaint that she was injured as a result of Defendant's negligent maintenance of its premises, as a panel of a checkout line conveyor fell on her and that she has suffered damages including, without limitation;

    a. Permanent physical injury
    b. Pain and suffering
    c. Disability
    d. Loss of the capacity for the enjoyment of life
    e. Loss of earnings or earning ability

    f. Medical expenses

    g. Aggravation of an existing injury

   (See Complaint, paragraph 9)

  5. In determining the amount in controversy, where "Plaintiff has not pled a specific amount of damages, the removing defendant must prove by a preponderance of the evidence that the amount in controversy exceeds the jurisdictional requirement." Gillinov v. Hillstone Restaurant Group, Inc., 92 F. Supp. 3d 1251, 1253-1254 (S.D. Fla. 2015).  The evidence that the Court can rely on is not limited in applying the preponderance of the evidence standard, and a defendant may use "their own affidavits, declarations, or other documentation – provided of course that removal is procedurally proper."  Pretka v. Kolter City Plaza, II, Inc., 608 F. 3d 744, 755 (11th Cir. 2010).

  6. Mrs. Polke contends that her losses are permanent or continuing in nature.  Correspondence, medical records, and bills received to date indicate that Ms. Polke sustained injuries to her foot and left knee which required surgery. Mrs. Polke alleges she will require follow-up treatment.  She was treated by several doctors for her injuries and will continue to treat for these injuries in the future.  Mrs. Polke's known medical bills to date total to $62,173.88, which does not include those bills for her left knee arthroscopy, partial medial meniscectomy, partial lateral meniscectomy, and other additional procedures.

7. Moreover, Plaintiff recently served a Proposal for Settlement to only Circle K on May 31, 2022, for 1,000,000. Since plaintiff has proposed settlement in excess of ten times the amount required to be in controversy for diversity cases, has known medical bills of $62,173.88 without including her surgery bills, and alleges further damages into the future, the amount in controversy exceeds the jurisdictional threshold set forth in 28 U.S.C.1332 (a) of $75,000.00, exclusive of interest and costs.

8. Since the Plaintiff and Defendant are citizens of different states and the amount in controversy exceeds $75,000.00, this Court has subject matter jurisdiction based on diversity pursuant to 28 U.S.C §1332. As such, this removal action is proper.

9. Defendant has served the instant Notice of Removal on Plaintiff's counsel. Defendant has also timely filed a Notice of Application for Removal with the Clerk of the Circuit Court of the Fourth Judicial Circuit.

10. Accompanying this Notice of Removal is a Civil Cover Sheet as well as a check for the required filing fee.

**WHEREFORE**, the undersigned Defendant respectfully requests that this action now pending in the Fourth Judicial Circuit in and for Duval County, Florida, be removed from there to this Honorable Court because of the complete diversity between the parties and the amount in controversy that exceeds $75,000.00.

Dated: June 17, 2022.

/s/ Steven L. Worley
Steven L. Worley
Florida Bar No. 0159719
Marissa de los Reyes
Florida Bar No. 1010899
CARR ALLISON
The Greenleaf and Crosby Building
208 North Laura Street, Suite 1100
Jacksonville, Florida 32202
Telephone: (904) 328-6456
Facsimile:  (904) 328-6473
Email: sworley@carrallison.com
Email: mdelosreyes@carrallison.com
Secondary Email:
cdavis@carrallison.com
Secondary Email:
cdodd@carrallison.com
*Attorneys for Defendant, Dollar Tree Stores, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 17, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will provide a notice of electronic filing and a copy of the foregoing to the following:

Joshua Taylor, Esquire
MORGAN & MORGAN
JACKSONVILLE, PLLC
76 South Laura Street, Suite 1100
Jacksonville, FL 32202
Email: jtaylor@forthepeople.com
Email: aadams@forthepeople.com
*Attorney for Plaintiff*

_____
Steven L. Worley
Florida Bar No. 0159719
Marissa de los Reyes
Florida Bar No. 1010899
CARR ALLISON
The Greenleaf and Crosby Building
208 North Laura Street, Suite 1100
Jacksonville, Florida 32202
Telephone:  (904) 328-6456
Facsimile:    (904) 328-6473
Email: sworley@carrallison.com
Email: mdelosreyes@carrallison.com
Secondary Email: cdavis@carrallison.com
Secondary Email: cdodd@carrallison.com
*Attorneys for Defendant, Dollar Tree Stores, Inc.*